456 A.2d 986

**Appeals of CHARTIERS VALLEY SCHOOL DISTRICT AND OF TOWNSHIP OF SCOTT FROM ASSESSMENT OF PROPERTY OF R. GORDON MATTHEWS AND JACK L. FRIEDLANDER, et al.**

**Appeals of CONNECTICUT GENERAL LIFE INSURANCE COMPANY, R. Gordon Matthews and Jack L. Friedlander, et al.**

Supreme Court of Pennsylvania.

Argued March 7, 1983.

Decided March 17, 1983.

Leonard M. Mendelson, Pittsburgh, for appellants.

Thomas J. Dempsey, Pittsburgh, for Chartiers Valley and Scott Tp.

William J. Fahey, Pittsburgh, for Bd. of Property Assessment etc.

William P. Bresnahan, Pittsburgh, for Allegheny County.

Before ROBERTS, C.J., and NIX, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted, 67 Pa.Cmwlth. 121, 447 A.2d 317.

LARSEN, J., did not participate in the consideration or decision of this case.